Department 99630
**Memorial Sloan-Kettering Cancer Center**
633 Third Avenue, 4th Floor
New York, New York 10017



Date: 11/12/10

851040 F003 1525 10Z 1/1 ----- 1525 00003575
RONALD SANGALANG
24-01 31ST STREET APT.3A
ASTORIA, NY  11102

| ORGANIZATION | EMPLOYEE NAME | | EMPLOYEE NUMBER | PAY PERIOD ENDING | CHECK / ADVICE NUMBER | EXEMPTIONS FED STATE |
|---|---|---|---|---|---|---|
| MMM | RONALD SANGALANG | | 710030000 | 11/06/10 | 1557534 | S00   M00 |
| | GROSS PAY | TAXABLE GROSS | TAXES | OTHER | NET PAY | |
| CURRENT | $1,718.05 | $1,644.55 | $478.52 | $75.85 | $1,163.68 | |
| YTD | $6,656.13 | $6,435.63 | $1,853.13 | $227.55 | | |

| CURRENT ACTIVITY | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|
| EARNINGS | HOURS | GROSS PAY | DEDUCTIONS | AMOUNT | DEDUCTIONS | AMOUNT |
| LTD SUBSIDY | 0.00 | 5.75 | FEDERAL TAX | 228.58 | FEDERAL TAX | 879.36 |
| REGULAR PAY | 75.00 | 1,551.00 | FED MED/EE | 23.85 | FED MED/EE | 93.32 |
| SHIFT DIFF PAY | 65.00 | 134.42 | FED OASDI/EE | 101.96 | FED OASDI/EE | 399.01 |
| WKEND DIFF E&NE | 13.00 | 26.88 | STATE TAX - NY | 77.53 | STATE TAX - NY | 300.50 |
| | | | LOCAL TAX - NYC | 46.60 | LOCAL TAX - NYC | 180.94 |
| | | | MEDICAL BENEFIT | 50.13 | MEDICAL BENEFIT | 150.39 |
| | | | DENTAL BENEFIT | 18.31 | DENTAL BENEFIT | 54.93 |
| | | | AD & D BENEFIT | 0.83 | AD & D BENEFIT | 2.49 |
| | | | LIFE INSUR BEN | 0.77 | LIFE INSUR BEN | 2.31 |
| | | | IMPUTED LIFE | 2.35 | IMPUTED LIFE | 7.05 |
| | | | LTD BENEFIT | 0.06 | LTD BENEFIT | 0.18 |
| | | | LTD BENEFIT | 5.75 | LTD BENEFIT | 17.25 |
| | | | DIRECT DEPOSIT1 | 1,163.68 | VAC HOURS BAL | 30.58 |

ADVICE# 1557534    ATTACHED BELOW



Department 99630
**Memorial Sloan-Kettering Cancer Center**
633 Third Avenue, 4th Floor
New York, New York 10017

**Advice No. 1557534**

**Issue Date: 11/12/10**

| DEPOSITED INTO THE ACCOUNT OF: | RONALD SANGALANG 24-01 31ST STREET APT.3A ASTORIA, NY  11102 |
|---|---|

**DEPOSIT ADVICE ONLY**
If you plan to change your financial institution and / or account number, you must notify the Payroll Department.

# NON - NEGOTIABLE



Department 99630
**Memorial Sloan-Kettering Cancer Center**
633 Third Avenue, 4th Floor
New York, New York 10017



Date: 10/29/10

RONALD SANGALANG
24-01 31ST STREET APT.3A
ASTORIA, NY  11102

| ORGANIZATION | EMPLOYEE NAME | | EMPLOYEE NUMBER | PAY PERIOD ENDING | CHECK / ADVICE NUMBER | EXEMPTIONS FED  STATE |
|---|---|---|---|---|---|---|
| MMM | RONALD SANGALANG | | 710030000 | 10/23/10 | 1545976 | S00  M00 |
| | GROSS PAY | TAXABLE GROSS | TAXES | OTHER | | |
| CURRENT | $1,910.08 | $1,836.58 | $561.86 | $75.85 | NET PAY | $1,272.37 |
| YTD | $4,938.08 | $4,791.08 | $1,374.61 | $151.70 | | |

| CURRENT ACTIVITY | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|
| EARNINGS | HOURS | GROSS PAY | DEDUCTIONS | AMOUNT | DEDUCTIONS | AMOUNT |
| LTD SUBSIDY | 0.00 | 5.75 | FEDERAL TAX | 276.59 | FEDERAL TAX | 650.78 |
| OVERTIME DIFF | 9.78 | 103.36 | FED MED/EE | 26.63 | FED MED/EE | 69.47 |
| STRAIGHT | 4.00 | 82.72 | FED OASDI/EE | 113.87 | FED OASDI/EE | 297.05 |
| REGULAR PAY | 80.78 | 1,670.53 | STATE TAX - NY | 90.68 | STATE TAX - NY | 222.97 |
| WKEND DIFF E&NE | 23.08 | 47.72 | LOCAL TAX - NYC | 54.09 | LOCAL TAX - NYC | 134.34 |
| | | | MEDICAL BENEFIT | 50.13 | MEDICAL BENEFIT | 100.26 |
| | | | DENTAL BENEFIT | 18.31 | DENTAL BENEFIT | 36.62 |
| | | | AD & D BENEFIT | 0.83 | AD & D BENEFIT | 1.66 |
| | | | LIFE INSUR BEN | 0.77 | LIFE INSUR BEN | 1.54 |
| | | | IMPUTED LIFE | 2.35 | IMPUTED LIFE | 4.70 |
| | | | LTD BENEFIT | 0.06 | LTD BENEFIT | 0.12 |
| | | | LTD BENEFIT | 5.75 | LTD BENEFIT | 11.50 |
| | | | DIRECT DEPOSIT1 | 1,272.37 | VAC HOURS BAL | 24.81 |

ADVICE# 1545976   ATTACHED BELOW



Department 99630
**Memorial Sloan-Kettering Cancer Center**
633 Third Avenue, 4th Floor
New York, New York 10017

### Advice No. 1545976

### Issue Date: 10/29/10

DEPOSITED INTO THE ACCOUNT OF:
RONALD SANGALANG
24-01 31ST STREET APT.3A
ASTORIA, NY  11102

### DEPOSIT ADVICE ONLY

If you plan to change your financial institution and / or account number, you must notify the Payroll Department.

## NON - NEGOTIABLE



Department 99630
**Memorial Sloan-Kettering Cancer Center**
633 Third Avenue, 4th Floor
New York, New York 10017



Date: 10/15/10

RONALD SANGALANG
24-01 31ST STREET APT.3A
ASTORIA, NY  11102

| ORGANIZATION | EMPLOYEE NAME | | EMPLOYEE NUMBER | PAY PERIOD ENDING | CHECK / ADVICE NUMBER | EXEMPTIONS FED  STATE |
|---|---|---|---|---|---|---|
| MMM | RONALD SANGALANG | | 710030000 | 10/09/10 | 1534455 | S00   M00 |
| | GROSS PAY | TAXABLE GROSS | TAXES | OTHER | | |
| CURRENT | $1,461.49 | $1,387.99 | $367.27 | $75.85 | NET PAY | $1,018.37 |
| YTD | $3,028.00 | $2,954.50 | $812.75 | $75.85 | | |

| CURRENT ACTIVITY | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|
| EARNINGS | HOURS | GROSS PAY | DEDUCTIONS | AMOUNT | DEDUCTIONS | AMOUNT |
| LTD SUBSIDY | 0.00 | 5.75 | FEDERAL TAX | 164.53 | FEDERAL TAX | 374.19 |
| REGULAR PAY | 69.24 | 1,431.88 | FED MED/EE | 20.13 | FED MED/EE | 42.84 |
| WKEND DIFF E&NE | 11.54 | 23.86 | FED OASDI/EE | 86.06 | FED OASDI/EE | 183.18 |
| | | | STATE TAX - NY | 59.95 | STATE TAX - NY | 132.29 |
| | | | LOCAL TAX - NYC | 36.60 | LOCAL TAX - NYC | 80.25 |
| | | | MEDICAL BENEFIT | 50.13 | MEDICAL BENEFIT | 50.13 |
| | | | DENTAL BENEFIT | 18.31 | DENTAL BENEFIT | 18.31 |
| | | | AD & D BENEFIT | 0.83 | AD & D BENEFIT | 0.83 |
| | | | LIFE INSUR BEN | 0.77 | LIFE INSUR BEN | 0.77 |
| | | | IMPUTED LIFE | 2.35 | IMPUTED LIFE | 2.35 |
| | | | LTD BENEFIT | 0.06 | LTD BENEFIT | 0.06 |
| | | | LTD BENEFIT | 5.75 | LTD BENEFIT | 5.75 |
| | | | DIRECT DEPOSIT1 | 1,018.37 | VAC HOURS BAL | 11.10 |

ADVICE# 1534455   ATTACHED BELOW



Department 99630
**Memorial Sloan-Kettering Cancer Center**
633 Third Avenue, 4th Floor
New York, New York 10017

**Advice No. 1534455**

**Issue Date: 10/15/10**

DEPOSITED INTO THE ACCOUNT OF:   RONALD SANGALANG
24-01 31ST STREET APT.3A
ASTORIA, NY  11102

**DEPOSIT ADVICE ONLY**
If you plan to change your financial institution and / or account number, you must notify the Payroll Department.

# NON - NEGOTIABLE



Department 99630
**Memorial Sloan-Kettering Cancer Center**
633 Third Avenue, 4th Floor
New York, New York 10017



Date: 10/01/10

845660 F004 1507 10Z 1/1—— 1507 C0003310
RONALD SANGALANG
24-01 31ST STREET APT.3A
ASTORIA, NY 11102

| ORGANIZATION | EMPLOYEE NAME | EMPLOYEE NUMBER | PAY PERIOD ENDING | CHECK / ADVICE NUMBER | EXEMPTIONS FED  STATE |
|---|---|---|---|---|---|
| MMM | RONALD SANGALANG | 710030000 | 09/25/10 | 1522966 | S00   M00 |

|  | GROSS PAY | TAXABLE GROSS | TAXES | OTHER |  |  |
|---|---|---|---|---|---|---|
| CURRENT | $1,566.51 | $1,566.51 | $445.48 | $0.00 | NET PAY | $1,121.03 |
| YTD | $1,566.51 | $1,566.51 | $445.48 | $0.00 |  |  |

**CURRENT ACTIVITY**

| EARNINGS | HOURS | GROSS PAY | DEDUCTIONS | AMOUNT |
|---|---|---|---|---|
| REGULAR PAY | 75.00 | 1,551.00 | FEDERAL TAX | 209.66 |
| WKEND DIFF E&NE | 7.50 | 15.51 | FED MED/EE | 22.71 |
|  |  |  | FED OASDI/EE | 97.12 |
|  |  |  | STATE TAX - NY | 72.34 |
|  |  |  | LOCAL TAX - NYC | 43.65 |
|  |  |  | DIRECT DEPOSIT1 | 1,121.03 |

**YEAR TO DATE**

| DEDUCTIONS | AMOUNT |
|---|---|
| FEDERAL TAX | 209.66 |
| FED MED/EE | 22.71 |
| FED OASDI/EE | 97.12 |
| STATE TAX - NY | 72.34 |
| LOCAL TAX - NYC | 43.65 |
| VAC HOURS BAL | 5.77 |

ADVICE# 1522966  ATTACHED BELOW



Department 99630
**Memorial Sloan-Kettering Cancer Center**
633 Third Avenue, 4th Floor
New York, New York 10017

Advice No. 1522966

Issue Date: 10/01/10

DEPOSITED INTO THE ACCOUNT OF:   RONALD SANGALANG
24-01 31ST STREET APT.3A
ASTORIA, NY 11102

**DEPOSIT ADVICE ONLY**
If you plan to change your financial institution and / or account number, you must notify the Payroll Department.

# NON - NEGOTIABLE

